| | | | | | |
|---|---|---|---|---|---|
| 5G | WARREN A. CUNTZ, JR.<br>Standing Chapter 13 Trustee<br>10585 THREE RIVERS ROAD<br>SUITE G<br>GULFPORT, MS 39503 | | | HANCOCK BANK<br>GULFPORT, MS 39502 | 551342 |
| CLAIM NO. | DEBTOR'S NAME | | VOID AFTER 90 DAYS<br>MO. DAY YEAR | CASE NUMBER | PAY THIS AMOUNT |
| | In RE DEBTOR: See Voucher Listing | | 04  14 2010 | | **4,116.28*** |

CLASSIFICATION

\*\*\*\*\*\*\*\*Four Thousand One Hundred Sixteen Dollars and 28/100\*\*\*\*\*\*\*\*

INTEREST PORTION

BALANCE DUE AFTER THIS CHECK

TO THE ORDER OF

CLERK, US BANKRUPTCY COURT*****
DAN M RUSSELL JR - U S COURTHOUSE
2012 - 15TH STREET - SUITE 244
GULFPORT, MS 39501-

MEMO

THE REVERSE SIDE OF THIS DOCUMENT INCLUDES AN ARTIFICIAL WATERMARK -- HOLD AT ANGLE TO VIEW

⑈551342⑈ ⑆065503681⑆ 0132828 2⑈

CHECK NUMBER   DATE          CASE NUMBER
551342         04/14/2010

Original Check:
Original Date:
Original Payee:

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 16 2010
DANNY L. MILLER, CLERK
BY_____DEPUTY CLERK

DEPOSIT OF FUNDS
PURSUANT TO RULE 3011
AMOUNT PAID: $ 4,116.28

# REMITTANCE STATEMENT

WARREN A. CUNTZ, JR., Standing Chapter 13 Trustee
Chapter 13 Bankruptcy Cases
10585 THREE RIVERS ROAD
SUITE G
GULFPORT, MS 39503

## DO NOT SEPARATE REMITTANCE STATEMENT FROM CHECK

| Check Number |
|---|
| 551342 |

| Printed |
|---|
| 4/14/2010 |

CLERK, US BANKRUPTCY COURT
DAN M RUSSELL JR - U S COURTHOUSE
2012 - 15TH STREET - SUITE 244
GULFPORT, MS 39501

| Issue Date |
|---|
| 04/14/2010 |

| Case Number | Debtor | Acct No. | Paid Through | Unpaid Balance | Amount Paid |
|---|---|---|---|---|---|
| 0454974 | CHILDRESS, JEFFERY A | | | Continuing | 136.00 |
| | ORIGINAL CHECK 546690 11/30/2009 JEFFERY & AMY CHILDRESS 2282 OLD HIGHWAY 26  LUCEDALE MS 39452 | | | | |
| 0550208 | HAMILTON, III, CLARENCE A | | | Continuing | 492.50 |
| | ORIGINAL CHECK 546692 11/30/2009 CLARENCE A HAMILTON, III 1917 KENSINGTON AVENUE  OCEAN SPRINGS MS 39564 | | | | |
| 0751044 | OVERSTREET, ROCHELLE KAY | | | Continuing | 3,487.78 |
| | ORIGINAL CHECK 546696 11/30/2009 ROCHELLE K OVERSTREET 120 GARDEN RIDGE ROAD  MCHENRY MS 39561 | | | | |
| | | | | TOTAL | 4,116.28 |

THIS STATEMENT COVERS PAYMENTS ON YOUR CLAIMS FOR THE ABOVE CASES
PLEASE RETAIN FOR YOUR RECORD.

Page 1 of 1